**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RUSSELL PARKER,

    Plaintiff,                                Case No.: 1:26-cv-05515

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | 橙艺广告发布 |
| 2 | cuijianping |
| 3 | zhangwenshuang11 |
| 4 | ChengXuanJianFang |
| 5 | FenZhiMiaoXin |
| 6 | sichuanbozongwangluokejiyouxiangongsi |
| 7 | MeiJingFanSi |
| 8 | DMOYALA-US |
| 9 | WuSaWuKa |
| 10 | CTKEFZC. |
| 11 | ADHOWBEW |
| 12 | Fashionmu |
| 13 | JYOTIJOJO |
| 14 | Arora telecome_ |
| 15 | QAOMY |
| 16 | EKOUC |
| 17 | Decorow |
| 18 | USAQosmon |
| 19 | majunchenwangluokeji |
| 20 | Sanmingshisanyuanquxiongjiedianzishangwujingyingbu |
| 21 | EleganceK |
| 22 | GXFCSI |
| 23 | SunerCase |
| 24 | GGCLO SHOP |
| 25 | XBHLTWO |

1

| 26 | Yeliangpin Shop |
|----|----|
| 27 | Coper Ventdo Shop |
| 28 | Novelty blankets |
| 29 | UrbanTempo Styles |
| 30 | Bananabob local |
| 31 | pinxuA |
| 32 | Neo Dimension |
| 33 | TTTLocal |
| 34 | UrbanMuseApparel EchoChic Womens clothing |
| 35 | sfweppp shirts |
| 36 | Ms AFT |
| 37 | Jolianno |
| 38 | sunriseK |
| 39 | Unique Ashley |
| 40 | Dopelittleshop |
| 41 | Vida Aisnow |
| 42 | pleasant you |
| 43 | Plus Size ReadytoWear Set LPCY |
| 44 | RunwayRags |
| 45 | Bloompeak hop |
| 46 | Lovely Girl A |
| 47 | Rome Boutique |
| 48 | Vaeloras |
| 49 | zvopiasg |
| 50 | ZenZon.03.0eFusion |
| 51 | Whispering Pines Mercantile |
| 52 | Life Glow Mart |
| 53 | Comet343 |
| 54 | CozyChateau |