**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RUSSELL PARKER,

     Plaintiff,                            Case No.: 1:26-cv-05515

v.                                    Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Laura K. McNally
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## DECLARATION OF KEITH A. VOGT

     I, Keith A. Vogt, declare as follows:

1.     I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.     I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3.     My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify their contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in Asia. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

2

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  June 18, 2026

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*