**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RUSSELL PARKER,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05515

Judge Manish S. Shah

Magistrate Judge Laura K. McNally

**<u>DECLARATION OF RUSSELL PARKER</u>**

I, RUSSELL PARKER, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that creates the Russell Parker Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am a freelance surface pattern, graphic, and web designer. I earned a degree in graphic design in 2010 and have worked for over twelve years helping businesses of all shapes and sizes with their brand identities and promotional materials. I have worked on numerous print and digital projects, such as logos, business cards, letterheads, flyers, posters, brochures, websites, web apps, and digital advertisements. I use algorithms to harness the power of randomness and combine this with crafted tiles and limited color palettes. Geometry creates the possibility to combine simple shapes in virtually unlimited

1

combinations, most of which are totally unexpected and endlessly fascinating. Much of my inspiration comes from the things I see as I travel.

4. I am an official source of designs associated with the Russell Parker Works (the "Russell Parker Products"):



https://russfuss.com/most-popular/

5. I am the owner of the copyright registrations for the Russell Parker copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-411-626; VA 2-412-426; VA 2-412-282; VA 2-411-628; VA 2-411-837; VA 2-412-419; VA 2-411-839; and VA 2-411-592 (the "Russell Parker Works").

6.     The success of the Russell Parker Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Russell Parker Works to consumers in this judicial district and throughout the United States.

7.     I am aware of investigations related to internet-based infringement of the Russell Parker Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Russell Parker Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Russell Parker Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8.     Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Russell Parker Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Russell Parker copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Russell Parker Works and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Russell Parker Works are meant to be exclusive rights.

11. The marketing and distribution of the Russell Parker Works and derivative works are aimed at growing and sustaining sales. When infringers use the Russell Parker Works without authorization, the exclusivity associated with the Russell Parker Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Russell Parker Works create the impression that the copyright rights associated with the Russell Parker Works may be infringed with impunity. The Russell Parker Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Russell Parker Works on goods without authorization, the exclusivity of my designs and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Russell Parker Works cannot be compensated for financially since it erodes my ability to monetize the Russell Parker Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

4

Executed on June 18, 2026.

Russell Parker

_____
Russell Parker