**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RUSSELL PARKER,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05515

Judge Manish S. Shah

Magistrate Judge Laura K. McNally

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 30, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person in Courtroom 1919 before the Honorable Judge Manish

S. Shah of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion

for Entry of Default and Default Judgment against the Defendants Identified in Amended Schedule

A.

DATED: June 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 18, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.